JOHN ENRIGHT, Appellant, *v.* THE MONTAUK FIRE INSURANCE. COMPANY of the City of Brooklyn, Respondent.

(Argued April 20, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 12, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Delos McCurdy* for appellant.

*H. C. M. Ingraham* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

E. STANTON RIKER, Respondent, *v.* TIMOTHY MAHONEY et al., Appellants.

(Submitted April 20, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 6, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Andrew A. Henderson* for appellants.

*Franklin Pierce* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.